1  NEIL ISON, ESQ. SBN 112881
   ISON LAW OFFICES
2  160 West Santa Clara Street
   Tenth Floor, Suite 1050
3  San Jose, California 95113
        www.isonlaw.com
4  Telephone: (408) 286-3070
   Facsimile:  (408) 286-3602
5
   Attorneys for Defendant Zenon Komarczyk
6

7

                    UNITED STATES DISTRICT COURT
8
          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
9

10                                    )   Case No.  C05-03333
                                      )
11 G.C. & K.B. INVESTMENTS, INC.      )
                                      )
12            Plaintiff,              )   STIPULATION AND ORDER
                                      )   SETTING ASIDE ENTRY OF DEFAULT
13       v.                           )
                                      )
14 ZENON KOMARCZYK, an individual,    )
                                      )
15            Defendant.              )
                                      )
16                                    )

17       Whereas, Defendant Zenon Komarczyk was served with the summons and amended

18 complaint on August 19, 2005 and no answer was filed by Defendant.

19       Whereas, on September 16, 2005, Plaintiff requested to enter Defendant Zenon

20 Komarczyk's default for failure to file an answer.

21       Now, therefore, it is hereby stipulated and agreed by and between the undersigned

22 parties, by their respective counsel, that:

23       1.  Defendant Zenon Komarczyk shall be relieved from the default requested by

24           Plaintiff on September 16, 2005.

25       2.  Defendant Zenon Komarczyk shall file his responsive pleading by September

26           28, 2005.

27 Dated: September 26, 2005

28 //

ISON LAW OFFICES
160 West Santa Clara Street
Tenth Floor, Suite 1050
San Jose, California 95113

- 1 -                          STIPULATION

1    FOR PLAINTIFF G.C. & K.B. INVESTMENT, INC.

2

3    _____

4    Dawn Newton
     Fitzgerald Abbott & Beardsley LLP
5    1221 Broadway, 21st Floor
     Oakland, California 94612
6

7    FOR DEFENDANT ZENON KOMARCZYK

8

9    _____

10   Neil Ison
     Ison Law Offices
11   160 W. Santa Clara Street, Suite 1050
     San Jose, California 95113

12

13

14   IT IS SO ORDERED

15

16

17   Dated: September 28, 2005

18                                    _____
                                      DISTRICT COURT JUDGE
19

20

21

22

23

24

25

26

27

28