IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC., a Louisiana corporation, and SPEEDEE OIL CHANGE SYSTEMS, INC., a Louisiana corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZENON KOMARCZYK,<br><br>    Defendant.<br>_____/ | No. C-05-3333 MMC<br><br>**ORDER DENYING MOTION TO DISMISS; VACATING HEARING**<br><br>(Docket No. 10) |

    Before the Court is defendant Zenon Komarcyzk's motion, filed September 28, 2005, to dismiss the instant action for lack of subject matter jurisdiction. Plaintiffs G.C. & K.B. Investments, Inc. and SpeeDee Oil Change Systems, Inc. have filed opposition to the motion. No reply has been filed.

    As set forth in plaintiffs' opposition, the Court has subject matter jurisdiction over the instant action. Accordingly, the November 18, 2005 hearing is hereby VACATED and the motion is hereby DENIED.

    This order terminates Docket No. 10.

    **IT IS SO ORDERED.**

Dated: November 8, 2005

                                                      MAXINE M. CHESNEY<br>                                                      United States District Judge