1 **TERRENCE A. BEARD**
State Bar No. 98013
2 525 Marina Blvd.
Pittsburg, CA 94565
3
Attorney for Defendant
4 ZENON KOMARCZYK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C.&K.B. INVESTMENTS, INC., a Louisiana corporation, and SPEEDEE OIL CHANGE SYSTEMS, INC., a Louisiana corporation,<br><br>　　　　Plaintiffs,<br>　vs.<br>ZENON KOMARCZYK,<br>　　　　Defendants. | Case No: C05-03333 MMC<br><br>**ORDER MODIFYING PRETRIAL PREPARATION ORDER**<br><br>Courtroom:　7<br>Judge:　　　Hon. Maxine M. Chesney |

　　　　The Court, having reviewed the Application and Stipulation for Modification of the Pretrial Preparation Order, jointly presented by counsel for the parties in the above-entitled action, and finding GOOD CAUSE therefor, enters the following Orders regarding the Pretrial Preparation Order filed herein on November 18, 2005:

　　　　1).　The non-expert discovery cut-off date is extended and continued for on hundred twenty-two (122) days - from June 16, 2006 to October 16, 2006;

　　　　2).　The jury trial date of November 14, 2006 is vacated and the case is reset for jury trial on April 16, 2007;

　　　　3).　All other dates in the November 18, 2005 Pretrial Preparation Order are

**1**

1    modified and extended as follows:

2          a).   Designation of Experts:

3             Plaintiff/Defendant:

4             No later than: November 6, 2006;

5             Plaintiff/Defendant:

6             Rebuttal no later than: November 27, 2006;

7        b).   Expert Discovery Cut-Off: December 18, 2006;

8        c).   Dispositive Motions filed by: January 12, 2007;

9        d).   Further Status Conference Statement Due: February 23, 2007;

10        e).   Further Status Conference: March 2, 2007;

11        f).   Meet and Confer: February 26, 2007;

12        g).   Pre-Trial Conference Date: April 3, 2007.

13      4).   All portions of the November 18, 2005 Pretrial Preparation Order not

14 modified by this Order remain in effect.

16 DATED: June 5, 2006

            *(signature)*
MAXINE M. CHESNEY
United States District Judge