1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

10   G.C.&K.B. INVESTMENTS, INC., a                Case No: C05-03333 MMC
     Louisiana corporation, and SPEEDEE OIL
11   CHANGE SYSTEMS, INC., a Louisiana            **ORDER MODIFYING PRETRIAL**
     corporation,                                 **PREPARATION ORDER**
12
              Plaintiffs,                          Courtroom:    7
13                                                 Judge:        Hon. Maxine M. Chesney
       vs.
14
     ZENON KOMARCZYK,
15
              Defendants.
16

17

18

19          The Court, having reviewed the Application and Stipulation for Modification of

20   the Pretrial Preparation Order, jointly presented by counsel for the parties in the above-entitled

21   action, and finding GOOD CAUSE therefor, enters the following Orders regarding the Pretrial

22   Preparation Order filed herein on June 5, 2006:

23          1).  The non-expert discovery cut-off date is extended and continued from October

24   16, 2006 to July 29, 2007;

25          2).  The jury trial date of April 16, 2007 is vacated and the case is reset for jury

26   trial on __January 14, 2008_____;

27          3).  All other dates in the June 5, 2006 Pretrial Preparation Order are modified

28

**1**

**ORDER MODIFYING PRETRIAL PREPARATION ORDER**
G.C.&K.B. Investments, Inc., et al vs. Komarcyzk
Case No.: C05-03333MMC

1   and extended as follows:

2           a).  Designation of Experts:

3              Plaintiff/Defendant:

4              No later than:     August 24, 2007   ;

5              Plaintiff/Defendant:

6              Rebuttal no later than:   September 7, 2007   ;

7           b).  Expert Discovery Cut-Off:   September 28, 2007   ;

8           c).  Dispositive Motions filed by:   October 12, 2007   ;

9           d).  Further Status Conference Statement Due:   October 5, 2007  ;

10          e).  Further Status Conference:   October 12, 2007   ;

11          f).  Meet and Confer:   November 26, 2007   ;

12          g).  Pre-Trial Conference Date:   January 8, 2008   ;

13          h).  Jury Trial Date:   January 14, 2008   .

14        4).  All portions of the June 5, 2006 Pretrial Preparation Order not modified by

15  this Order remain in effect.

16

17  DATED:   February 13, 2007

18                  MAXIINE M. CHESNEY

19                  United States District Judge

20

21

22

23

24

25

26

27

28

**ORDER MODIFYING PRETRIAL PREPARATION ORDER**
G.C.&K.B. Investments, Inc., et al vs. Komarcyzk
Case No.: C05-03333MMC