**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC. ET AL,<br><br>        Plaintiff,<br><br>   v.<br><br>ZENON KOMARCZYK,<br><br>        Defendant.<br>_____ / | No. C-05-03333 MMC (EDL)<br><br>**REPORT AND RECOMMENDATION RE EX PARTE APPLICATION FOR MODIFICATION OF PRETRIAL PREPARATION ORDER** |

The Court, having reviewed Defendant's Ex Parte Application for Modification of the Pretrial Preparation Order, Plaintiff's Opposition thereto and Defendant's Reply, and finding good cause therefor, hereby RECOMMENDS that an Order be entered modifying the February 13, 2007 Pretrial Preparation Order as follows:

1). The non-expert discovery cut-off date is extended and continued from July 29, 2007 to August 20, 2007; and

2.) All portions of any prior Pretrial Preparation Order not modified by this Order remain in effect.

Any party may serve and file specific written objections to this recommendation within ten (10) working days after being served with a copy. See 28 U.S.C. § 636 (b)(1)(C); Fed.R.Civ.P. 72 (b); Civil Local Rule 72-3. Failure to file objections within the specified time may waive the right to appeal the District Court's order.

Dated: July 18, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge