IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ZENON KOMARCZYK,<br><br>　　　　Defendant.<br>_____/ | No. C-05-3333 MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING DEFENDANT'S EX PARTE APPLICATION FOR MODIFICATION OF PRETRIAL PREPARATION ORDER**<br><br>(Docket No. 56) |

On July 18, 2007, Magistrate Judge Elizabeth D. Laporte issued a report and recommendation with respect to defendant's ex parte application for modification of the pretrial preparation order, and advised the parties that any objections thereto were required to be filed within ten working days after being served therewith. To date, no objections have been filed.

Having reviewed the matter de novo, the Court, for the reasons expressed therein, hereby ADOPTS the report and recommendation. Accordingly, defendants' ex parte application is hereby GRANTED, and the Pretrial Preparation Order, as amended February 13, 2007, is hereby modified as follows:

　　1. The non-expert discovery cutoff date is extended from July 29, 2007 to August 20, 2007; and

　　2. All portions of any prior Pretrial Preparation Order not modified by this Order remain in effect.

1 | This order terminates Docket No. 56.
2 | **IT IS SO ORDERED**.
3 | Dated: August 8, 2007

*Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge