For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ZENON KOMARCZYK,<br><br>　　　　Defendant.<br>_____/ | No. C-05-3333 MMC<br><br>**ORDER DENYING PLAINTIFFS/COUNTER-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Before the Court is the motion filed October 11, 2007 by plaintiffs/counter-defendants G.C. & K.B. Investments, Inc. and SpeeDee Oil Change Systems, Inc. for summary judgment with respect to plaintiffs' breach of contract and trademark claims, and as to each of defendant Zenon Komarczyk's ("Komarczyk") counterclaims. Also before the Court is the motion filed October 12, 2007, by Komarczyk for summary judgment with respect to each of plaintiffs' claims.

　　　　The Court having read and considered the papers filed in support of and in opposition to the respective motions, and for the reasons stated on the record at the pretrial conference conducted January 8, 2008, the motions in each instance are hereby DENIED.

　　　　**IT IS SO ORDERED**.

Dated: January 8, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge