WILLIAM E. ADAMS #153330
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Emails: wadams@fablaw.com/dnewton@fablaw.com
Attorneys for Plaintiffs
G.C. & K.B. INVESTMENTS, INC. and
SPEEDEE OIL CHANGE SYSTEMS, INC.

TERRENCE A. BEARD #98013
525 Marina Blvd.
Pittsburg, CA 94565
Telephone: (925) 778-1060
Facsimile: (925) 778-1207
Email: TBeard1053@aol.com
Attorney for Defendant
ZENON KOMARCZYK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC., a Louisiana corporation, and SPEEDEE OIL CHANGE SYSTEMS, INC., a Louisiana corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ZENON KOMARCZYK, an individual,<br><br>Defendant. | Case No.: C05-03333 MMC (EDL)<br><br>**STIPULATION TO PRE-TRIAL BRIEFING SCHEDULE; ORDER**<br><br>Trial Date: TBD<br>Time: TBD<br>Department: 7<br>Hon. Maxine M. Chesney |

I. **MATTERS AT ISSUE**

The parties have met and conferred regarding the areas of law and fact identified by the Court on January 8, 2008, as matters on which additional legal briefing is necessary and have agreed that they understand those issues to be as follows:

    1.    The enforceability of the Local Franchise Agreement between G.C. & K.B. Investments, Inc. and Zenon Komarczyk. One question arising under this issue is the question

JOINT STATUS STATEMENT, CASE NO. C05-03333 MMC
1/18/08 (23324) #292680.1

of equitable estoppel, based on the suggestion that the SpeeDee parties previously made an assertion that the contracts were void, in the prior People v. SpeeDee litigation. The second question is the issue of voidability as a matter of collateral estoppel or as a result of the factual issues arising out of the People v. SpeeDee litigation.

2. Issues surrounding the breach of the contract which is asserted. These issues may be divided into four separate questions. One, whether the obligations to pay royalties and to pay advertising fund contributions were severable. Two, whether Zenon Komarczyk's refusal to pay both royalties and advertising fund contributions was excused by any conduct of the SpeeDee plaintiffs. Three, whether Zenon Komarczyk needed knowledge of a breach by the SpeeDee plaintiffs in order to excuse his failure to pay royalties and advertising fund contributions or whether he could discover such breach later and still have his conduct excused. Four, whether there is a degree of materiality necessary for a technical breach to excuse a substantive obligation such as paying royalties and advertising fund payments and, if so, what that is.

## II. BRIEFING SCHEDULE

The parties agree that they will submit a further Joint Pre-Trial Statement to the Court no later than February 8, 2008. In that Joint Pre-Trial Statement, the parties will outline in more detail what the individual issues are and which party will take the laboring oar regarding each individual issue. The Joint Pre-Trial Statement will also include a statement of any claims or defenses that have been dropped by a party, which may obviate the need for rulings on particular motions in limine.

In the Joint Pre-Trial Statement, the parties will submit a format and schedule for briefing identified in that Statement and will identify the parties to brief each issue. Each party reserves the right to add additional issues that it believes need to be briefed.

The initial brief will be filed no later than February 25, 2008. The goal of the briefing will be to satisfy the Court's need for a better explanation of the legal issues at play in this action

///

1  and also to parse which issues are legal, and must therefore be decided by the Court, and which
2  issues are factual and should be heard by the jury.

Dated: January 18, 2008               FITZGERALD ABBOTT & BEARDSLEY LLP

                                      By /s/ Dawn Newton
                                         Dawn Newton
                                         Attorneys for Plaintiffs G.C. & K.B. Investments,
                                         Inc. and Speedee Oil Change Systems, Inc.

Dated: January 18, 2008               LAW OFFICES OF TERRENCE A. BEARD

                                      By /S/
                                         Terrence A. Beard
                                         Attorneys for Defendant Zenon Komarczyk

**IT IS SO ORDERED**
*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: January 24, 2008