IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ZENON KOMARCZYK,<br><br>  Defendant.<br>_____/ | No. C-05-3333 MMC<br><br>**ORDER APPROVING BRIEFING SCHEDULE; SCHEDULING STATUS CONFERENCE** |

The Court is in receipt of the parties' "Joint Pre-trial Statement re: Briefing of Pre-Trial Issues," filed February 8, 2008. The parties' proposed briefing schedule contained therein is hereby approved. A Status Conference is hereby scheduled for June 6, 2008, at which time the Court will set a pre-trial conference and trial date. A Joint Status Conference Statement shall be filed on or before May 30, 2008.

**IT IS SO ORDERED**.

Dated: February 12, 2008

MAXINE M. CHESNEY
United States District Judge