IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ZENON KOMARCZYK,<br><br>    Defendant.<br>_____/ | No. C-05-3333 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO REOPEN DISCOVERY AND COMPEL PRODUCTION OF DOCUMENTS; CONTINUING STATUS CONFERENCE** |

    Before the Court is defendant Zenon Komarczyk's "Motion to Reopen Discovery and Compel Production of Documents," filed May 7, 2008.

    Pursuant to Civil Local Rule 72-1, defendant's motion to reopen discovery is hereby REFERRED to Magistrate Judge Elizabeth D. Laporte, to whom all discovery disputes in the instant action previously were assigned.[1]

    To permit resolution of the pending motion prior to the Court's resetting the pretrial and trial dates, the status conference currently scheduled for June 6, 2008 is hereby CONTINUED to July 25, 2008.

    **IT IS SO ORDERED**.

Dated: May 21, 2008

                                    MAXINE M. CHESNEY
                                    United States District Judge

---

[1] To the extent defendant further requests therein leave to amend the parties' pretrial submissions based on new discovery, the motion is denied without prejudice as premature.