IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC., et al., | No. C-05-3333 MMC |
| Plaintiffs, | **ORDER DENYING MOTIONS IN LIMINE WITHOUT PREJUDICE TO REFILING** |
| v. | |
| ZENON KOMARCZYK, | |
| Defendant. | |

The January 14, 2008 trial date having been vacated, (see Civil Minutes filed January 8, 2008), and additional discovery having been ordered, (see Order Granting Defendant's Motion to Reopen Discovery and to Compel in Part, filed June 16, 2008), the parties' respective motions in limine filed in December 2007 in connection with the January 2008 trial are hereby DENIED as premature, without prejudice to either party's renoticing any such motion at an appropriate time after a new trial date has been set.

**IT IS SO ORDERED**.

Dated: July 2, 2008

MAXINE M. CHESNEY
United States District Judge