United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

G.C. & K.B. INVESTMENTS, INC., et al.,

No. C-05-3333 MMC

12

Plaintiffs,

v.

**ORDER REFERRING PLAINTIFFS'
MOTION FOR CLARIFICATION, OR IN
THE ALTERNATIVE, MOTION FOR
RECONSIDERATION TO MAGISTRATE
JUDGE LAPORTE**

13

ZENON KOMARCZYK,

14

Defendant.

15

_____/

16

17

        Pursuant to Civil Local Rule 72-1, plaintiffs' Motion for Clarification, or in the

18

Alternative, Motion for Reconsideration of Court's Order Granting Motion to Compel, filed

19

August 22, 2008, by which plaintiffs seek clarification or reconsideration of Magistrate

20

Judge Elizabeth D. Laporte's order of June 16, 2008, is hereby REFERRED to Magistrate

21

Judge Laporte.

        Counsel will be advised of the date, time and place of the next appearance by notice

22

from Magistrate Judge Laporte's chambers.

23

        **IT IS SO ORDERED**.

24

Dated: August 25, 2008

25

                                              MAXINE M. CHESNEY
                                              United States District Judge

26

27

28