1  **TERRENCE A. BEARD**
   State Bar No. 98013
2  525 Marina Blvd.
   Pittsburg, CA 94565
3  (925) 778-1060

4  Attorney for Defendant
   ZENON KOMARCZYK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C.&K.B. INVESTMENTS, INC., a Louisiana corporation, and SPEEDEE OIL CHANGE SYSTEMS, INC., a Louisiana corporation,<br><br>              Plaintiffs,<br><br>     vs.<br><br>ZENON KOMARCZYK,<br><br>              Defendants. | Case No: C05-03333 MMC<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE**<br><br>Courtroom:  G - 15th Floor<br>Judge:       Hon. Bernard Zimmerman |

**1**
**STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE**
G.C.&K.B. Investments, Inc., et al vs. Komarcyzk
Case No.: C05-03333MMC

**STIPULATION OF COUNSEL**

It is hereby stipulated by and between counsel of record for the parties in the above-entitled action that the settlement conference, currently set before Magistrate Judge Bernard Zimmerman on September 23, 2008 be continued to November 25, 2008 at 9:00 A.M. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

DATED:   9/16/08                                /s/_____

                                                WILLIAM E. ADAMS

                                                Attorney for Plaintiffs GC&KB INVESTMENTS, INC./SPEEDEE OIL CHANGE SYSTEMS, INC


                                                /s/_____

                                                TERRENCE A. BEARD

                                                Attorney for Defendant/Counter-Claimant ZENON KOMARCYZK

* * * * * * * * * *

**ORDER**

The settlement conference in the above-entitled action, currently set for September 23, 2008, is hereby continued to November 25, 2008, at 9:00 A.M. in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All other terms of the court's Order Scheduling Settlement Conference, dated August 4, 2008, shall be applicable to the continued settlement conference date.

DATED: Sept. 17, 2008                           _____
                                                MAGISTRATE JUDGE BERNARD ZIMMERMAN

**2**

**STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE**
G.C.&K.B. Investments, Inc., et al vs. Komarcyzk
Case No.: C05-03333MMC