IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC., et al., | No. C-05-3333 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| ZENON KOMARCZYK, | |
| Defendant. | |

Plaintiffs' "Motion for Leave to File Second Amended Complaint," filed August 22, 2008, came on regularly for hearing before the Court on October 3, 2008. Quin E. Marshall of Fitzgerald Abbott & Beardsley LLP appeared on behalf of plaintiffs. Terrence A. Beard appeared on behalf of defendant.

Having read and considered the papers filed in support of and in opposition to the motion, and for the reasons stated on the record at the hearing, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: October 3, 2008

_____
MAXINE M. CHESNEY
United States District Judge