1  TERRENCE A. BEARD # 98013
   525 Marina Blvd.
2  Pittsburg, CA 94565
   (925) 778-1060
3
   Attorney for Defendant
4  ZENON KOMARCZYK

5  WILLIAM E. ADAMS #153330
   DAWN NEWTON #209002
6  FITZGERALD ABBOTT & BEARDSLEY LLP
   1221 Broadway, 21st Floor
7  Oakland, California  94612
   Telephone: (510) 451-3300
8  Facsimile: (510) 451-1527
   Emails: ekeech@fablaw.com/dnewton@fablaw.com
9
   Attorneys for Plaintiffs
10 G.C. & K.B. INVESTMENTS, INC. and
   SPEEDEE OIL CHANGE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC., a Louisiana corporation, and SPEEDEE OIL CHANGE SYSTEMS, INC., a Louisiana corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ZENON KOMARCZYK, an individual,<br><br>Defendant. | Case No.: C05-03333 MMC (EDL)<br><br>**JOINT STATUS CONFERENCE STATEMENT ; ORDER VACATING CASE MANAGEMENT CONFERENCE**<br>Date:        12/19/08<br>Time:        10:30 A.M.<br>Courtroom:   7<br>Judge:       Hon. Maxine Chesney |

I. **STATUS REPORT**

This is the trademark infringement and breach of contract action involving the SpeeDee Oil Change & Tune-Up franchise system. The parties are the former owners of the franchise system, G.C. & K.B. Investments, Inc. and SpeeDee Oil Change Systems, Inc., on the one hand, and former franchisee Zenon Komarczyk, on the other hand.

This matter settled during the course of a settlement conference before Magistrate Judge Bernard Zimmerman. Although the settlement was put on the record, the parties are still in the process of crafting a formal settlement agreement. In addition, pursuant to the terms of the

settlement, the parties have stipulated that the Court retain jurisdiction of this matter until all elements of the settlement are completed. The parties have further stipulated, and hereby request, that this matter (including the newly associated matter of <u>G.C. & K.B. Investments, et al. v. Komarczyk, et al.</u>, Case No. 08-04880, which was also settled) be transferred to Magistrate Judge Zimmerman for oversight.[1]

The parties are in agreement that no case management conference is necessary at this time, and respectfully request that this Court transfer this matter to Magistrate Judge Zimmerman without further hearing.

Dated:  December 12, 2008               LAW OFFICES OF TERRENCE BEARD


                                        By:    /s/
                                            TERRENCE L. BEARD
                                            Attorney for Defendant Zenon Komarczyk


Dated: December 12, 2008                FITZGERALD ABBOTT & BEARDSLEY LLP


                                        By:    _____
                                            DAWN NEWTON
                                            Attorneys for Plaintiffs
                                            G.C. & K.B. INVESTMENTS, INC. and
                                            SPEEDEE OIL CHANGE SYSTEMS, INC.


ORDER

In light of the above, the Case Management Conference scheduled for December 19, 2008 is hereby VACATED.

IT IS SO ORDERED.

Dated: December 15, 2008

                                        _____
                                        Maxine M. Chesney
                                        United States District Judge

---

[1] Consent of FR Westgate, Inc., a named defendant in the second action, is not necessary. FR Westgate, Inc. has not appeared in this matter and has been advised through counsel for all other parties that its appearance is not necessary as the matter was settled without its involvement in the action.