**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   G.C. & K.B. INVESTMENTS, INC., et al.,        No. C 05-3333 MMC

12          Plaintiffs,                            **ORDER OF REFERENCE TO**
                                                   **MAGISTRATE JUDGE ZIMMERMAN**
13     v.                                          **UPON CONSENT**

14   ZENON KOMARCZYK,

15          Defendant.

16   _____/

17

18          All parties having consented to assignment of the above-titled matter to a United

19   States Magistrate Judge, IT IS HEREBY ORDERED that the case is referred to Magistrate

20   Judge Bernard Zimmerman for all further proceedings and entry of judgment.  Appeal from

21   the judgment shall be taken directly to the United States Court of Appeals for the Ninth

22   Circuit.  <u>See</u> 28 U.S.C. § 636(c).

23          **IT IS SO ORDERED.**

24   Dated: January 14, 2009

25                                                 _____
                                                   MAXINE M. CHESNEY
26                                                 United States District Judge

27

28