UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.C. & K.B. INVESTMENTS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> ZENON KOMARCZYK, <br><br> Defendant(s). | No. C05-3333 BZ <br><br> **ORDER SCHEDULING TELEPHONE CONFERENCE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the issue raised in Mr. Adams' letter dated January 15, 2009 is scheduled for **Wednesday, January 28, 2009 at 9:00 a.m.**  The principals may, but need not, participate if counsel has authority to negotiate this issue on his client's behalf. Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: January 23, 2009

Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-becases\GC&KB v Komarczyk\Order setting tel conf.1.wpd

1