1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10
11 G.C. & K.B. INVESTMENTS, )
   INC., )
12 ) No. C05-3333 MMC (BZ)
   Plaintiff(s), )
13 )
       v. )
14 )  **ORDER SCHEDULING**
   )  **TELEPHONE CONFERENCE**
15 ZENON KOMARCZYK, )
   )
16 )
   )
17 Defendant(s). )
   )
18 _____)

19

20    A telephone conference is scheduled for **July 20, 2009 at**
21 **1:30 p.m.** to discuss the issues raised in Mr. Adam's letter
22 dated July 10, 2009.  Mr. Beard shall respond in writing by
23 Friday, July 18, 2009.  The parties are reminded that the Court
24 deems representations such as "efforts to obtain informal status
25 reports from Mr. Beard have gone unanswered" to be
26 representations made under Rule 11.  Counsel shall contact
27 ///
28 ///

1

1  **CourtCall**, telephonic court appearances at **1-888-882-6878**, and
2  make arrangements for the telephonic conference call.
3  Dated: July 10, 2009

    _____
    Bernard Zimmerman
    United States Magistrate Judge